IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY**                                                                             **PLAINTIFF**

v.            Case No. 4:24-CV-1023

**BOARD OF TRUSTEES OF**
**ARKANSAS STATE UNIVERSITY**                                   **DEFENDANT**

### JOINT RULE 26(f) REPORT

COME NOW Plaintiff Kenneth Ray and Defendant Board of Trustees of Arkansas State University, by and through their undersigned counsel, and submit the following information in compliance with Fed. R. Civ. P. 26(f) and Local Rule 26.1.

1. <u>Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).</u>

   Yes. The Parties agree to produce and deliver paper or electronic copies of any and all documents identified in their Initial Disclosures on the date when initial disclosures are to be made.

2. <u>Date when initial disclosures were or will be made.</u>

   On or before March 14, 2025.

3. <u>Subjects on which discovery may be needed.</u>

   - All of the elements of Plaintiff's claims and Defendant's defenses to those claims;
   - Issues related to willfulness / Defendant's intent; and
   - Plaintiff's damages

4. <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:</u>

   (a) <u>whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;</u>

   The parties anticipate that all relevant records will be reasonably available to the parties in the ordinary course of business.

   (b) <u>the anticipated scope, cost and time required for disclosure or production of data</u>

       beyond what is reasonably available to the parties in the ordinary course of business;

       Unknown at this time.

(c)    the format and media agreed to the parties for the production of such data as well as agreed procedures for such production;

       The parties will confer as necessary to determine the best method of production. The parties agree that native format is best for spreadsheets such as Excel.

(d)    whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

       The parties have been made aware of the need to maintain the relevant record taken in the ordinary course of business.

(e)    other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

       None known at this time.

5.    Date by which discovery should be completed.

   August 13, 2025.

6.    Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

   The parties consent to the electronic service of Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the email addresses at which they receive ECF filings in this case. The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

7.    Any Orders, e.g. protective orders, which should be entered.

   None at this time.

8.    Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

   None at this time.

9.    Any objections to the proposed trial date.

No objections to the proposed trial date of October 27, 2025, at this time.

10. <u>Proposed deadline for joining other parties and amending the pleadings.</u>

    May 5, 2025.

11. <u>Proposed deadline for completing discovery.</u>

    August 13, 2025.

12. <u>Proposed deadline for filing motions other than motions for class certification.</u>

    August 28, 2025, for all motions except in limine. Motions in limine October 14, 2025.

13. <u>Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.</u>

    N/A.

                Respectfully submitted,

                **KENNETH RAY, PLAINTIFF**

                Punchwork Law
                501-242-4299

By:    Elizabeth Rogers (ABN: 2023219)
       Elizabeth.rogers@wh.law

       Mailing Address:
       1 Riverfront Place, Suite 745
       North Little Rock, AR 72114

       AND

       **BOARD OF TRUSTEES OF ARKANSAS STATE UNIVERSITY, DEFENDANT**

       TIM GRIFFIN
       Attorney General

By:    Carl F. "Trey" Cooper, III (ABN: 2007294)
       Senior Assistant Attorney General
       Office of the Arkansas Attorney General

323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3658
Fax: (501) 682-2591
Email: trey.cooper@arkansasag.gov